UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JANE LABORDE, | ) | CASE NO. C05-0829-RSM-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER DENYING STIPULATION |
| JO ANNE B. BARNHART, Commissioner of Social Security | ) ) | FOR THIRD EXTENSION OF BRIEFING SCHEDULE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

At the behest of defendant, the parties have filed a third stipulation for extension of time for filing defendant's brief and plaintiff's reply brief.  No motion accompanies the stipulation, as the defendant apparently believes that nothing further is necessary to effectuate the new deadlines. The defendant is mistaken.

The parties were granted an extension of time within which to file briefs on September 20, 2005.  A second extension of time was requested on October 14, 2005.  A limited extension of time was granted, allowing the government to file its response brief on December 5, 2005.  The parties were told that no further extensions of time would be allowed absent exceptional circumstances, and were directed to file a request for stay of the proceedings if the missing page

ORDER DENYING STIPULATION FOR THIRD
EXTENSION OF BRIEFING SCHEDULE
PAGE -1

from the Administrative Record prevented adequate briefing.

The defendant gives no reason for the extension of time, which was filed on the day the brief was due.

The defendant is denied an extension of time to file its response brief.

DATED this 7th day of December, 2005.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

EXTENSION OF BRIEFING SCHEDULE
PAGE -2